UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESSENIA LISSETH PINEDA VALLE,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, et al.,<br><br>Respondents. | No.  1:26-cv-02605-KES-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER<br><br>Docs. 1, 8 |

Petitioner Yessenia Lisseth Pineda Valle is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 4, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition.  Doc. 8.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  On May 14, 2026, respondents filed a one-sentence objection, objecting "[f]or the reasons set forth in [their] April 21, 2026 briefing" to the magistrate judge.  Doc. 9.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

The Court ORDERS:

1. The findings and recommendations, Doc. 8, are ADOPTED in full.

2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3. Respondents are ORDERED to release petitioner Yessenia Lisseth Pineda Valle immediately, with the same conditions she was subject to immediately prior to her re-detention.

4. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.

5. The Clerk of Court is directed to close this case and enter judgment for petitioner. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated:   May 17, 2026

_____
UNITED STATES DISTRICT JUDGE